UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MATTHEW JOHN HAWKINS,

    Defendant.

Case No. 3:24-cr-51-10

District Judge Michael J. Newman

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 197); (2) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 2 OF THE INDICTMENT; AND (3) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 197), recommending that the Court accept Defendant's guilty plea. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court **ACCEPTS** Defendant's plea of guilty as charged in Count 2 of the Indictment, which charges him with Committing a Violent Crime in Aid of Racketeering, in violation of Title 18 U.S.C. §§ 1959(a)(3) and 2. The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

April 3, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge